CARRIE MYHILL, Respondent, *v.* HANNAH W. BOGARDUS, as Administratrix of EDGAR Z. PELLS, Deceased, Appellant.

Reported below, 19 App. Div. 628.
(Argued October 1, 1900; decided October 9, 1900.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 24, 1897, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

The motion was made upon the ground that the decision of the Appellate Division was unanimous; that an appeal has not been allowed by the Appellate Division or by a judge of this court; that the action was for a personal injury, and that this court has no jurisdiction to hear the appeal.

*S. E. Filkins* for motion.

*John G. Milburn* and *Leon M. Sherwood* opposed.

Motion denied, with ten dollars costs.